IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MARK L. ABBOTT, and wife, | § | Case No. 20-10066-12 |
| MOLLY SUSAN ABBOTT | § | |
| | § | |
| Debtors. | § | |

## APPLICATION FOR FINAL DECREE AND REQUEST FOR DISCHARGE

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 24 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

TO THE HONORABLE EDUARDO V. RODRIGUEZ, U.S. BANKRUPTCY JUDGE:

NOW COME, MARK L. ABBOTT and MOLLY SUSAN ABBOTT (the "Debtors"), the Debtors in the above-referenced bankruptcy proceeding, and file this Application for Final Decree and Request for Discharge and would respectfully show the Court as follows:

1. The Debtors, MARK L. ABBOTT And MOLLY SUSAN ABBOTT, filed a petition for relief under the provisions of Chapter 12 of the United States Bankruptcy Code on February 19, 2020.

3. Debtors' Amended Chapter 12 Plan of Reorganization and Motion for

Valuation of Collateral [Docket #121] (the "Plan") was considered for confirmation by the Court at a hearing held on August 5, 2020, in the U.S. Bankruptcy Courtroom in Brownsville, Texas, and was confirmed by entry of the Order Modifying and Confirming Debtors' Amended Chapter 12 Plan of Reorganization [Docket #123] ("Confirmation Order").

4. The Debtors certify that the Confirmed Plan, has been fully consummated and completed, and all payments to the Trustee have been paid. In that regard, Debtors have now made all payments required in the implementation of the Plan as authorized by the Confirmation Order in order to enter the Final Decree and Order of Discharge.

5. The Debtors have previously filed a motion seeking final approval of fees and expenses for counsel for the Debtors, Appraisers and the Cash Flow Consultant for the Debtors. Orders approving these final fee applications have all been entered by the Bankruptcy Court.

6. There are no motions, contested matters or adversary proceedings pending before the Court in this case.

7. On March 27, 2023, David Peake, the Standing Chapter 12 Trustee, filed his Notice of Plan Completion and Eligibility for Discharge Under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 in this case [Docket #209].

8. On April 3, 2023, David Peake, the Standing Chapter 12 Trustee, filed his Final Report and Accounting in this case [Docket # 212].

9. Attached to this Motion as Exhibit "A" are copies of the Form 423 – Certification About Financial Management Course of Mark L. Abbott [Docket # 214] and Molly Susan Abbott [Docket # 215] with Certificates of Debtor Education attached.

10. Thus, in accordance with Federal Rules of Bankruptcy Procedure 3022, and pursuant to 11 U.S.C. § 1141(d)(5)(A) the Plan has been substantially consummated and the Debtors request that this Court enter a Final Decree and an Order of Discharge and close the case.

WHEREFORE, PREMISES CONSIDERED, the Debtors would request, after notice and hearing, that the Court grant this Motion, enter a Final Decree and an Order of Discharge and close the case.

        Respectfully Submitted,

        MULLIN HOARD & BROWN, L.L.P.
        P.O. Box 2585
        Lubbock, Texas 79408-2585
        Telephone: (806) 765-7491
        Facsimile: (806) 765-0553
        Email: drl@mhba.com

        By: /s/ David R. Langston
          David R. Langston, SBN: 11923800
          Southern District Bar No. 9489
        ***Attorneys for Debtors, Mark L. Abbott &***
        ***Molly Susan Abbott***

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing Application for Final Decree and Request for Discharge was sent via ECF, email and/or mailed by regular first-class mail, postage prepaid on this the 1st day of May, 2023, to the following listed parties in interest:

1. U.S. Trustee's Office
   606 N. Carancahua, Suite 1107
   Corpus Christi, Texas 78476

2. David G Peake
   9660 Hillcroft, Suite 430
   Houston, TX 77096-3856
   ***Chapter 12 Trustee***

3. Richard W. Aurich, Jr.
   Office of the Chapter 12 Trustee
   9660 Hillcroft, Ste. 430
   Houston, TX 77096

4. Mark & Susan Abbott
   26351 FM 1595
   Harlingen, TX 78550

5. All parties receiving notice via ECF in this case.

6. All parties listed on the attached mailing matrix.

<u>/s/ David R. Langston</u>
David R. Langston

| | | |
|---|---|---|
| Mark & Susan Abbott<br>Mark Abbott Farms<br>26351 FM 1595<br>Harlingen, TX 78550 | David J. Peake<br>Chapter 12 Trustee<br>9660 Hillcroft, Suite 430<br>Houston, TX 77096 | Richard Aurich<br>Office of the Ch. 12 Trustee<br>9660 Hillcroft, Suite 430<br>Houston, TX 77096 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | Bank of America<br>P.O. Box 15220<br>Wilmington, DE 19886-5220 | Cameron County Appraisal District<br>2021 Amistad Dr.<br>San Benito, TX 78586 |
| Cameron County FSA<br>2315 W. Expy 83, Suite 1<br>San Benito, TX 78586 | Cameron County Tax Office<br>P.O. Box 952<br>Brownsville, TX 78522 | Capital Farm Credit<br>8122 Expwy 83, Suite A<br>Harlingen, TX 78552 |
| CNH Capital<br>P.O. Box 71264<br>Philadelphia, PA 19176-6264 | Diversified Financial Services<br>P.O. Box 2027<br>Omaha, NE 68103-2027 | Ford Motor Credit<br>P.O. Box 650575<br>Dallas, TX 75265 |
| Greg Dimmick<br>Johnson Stephens & Leal, PLLC<br>4809 Cole Ave., Suite 260<br>Dallas, TX 75205 | Harlingen Tax Office<br>P.O. Box 2643<br>Harlingen, TX 78551 | Internal Revenue Service<br>Special Procedures - Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| John Deere Financial<br>P.O. Box 4450<br>Carol Stream, IL 60197-4450 | JP Morgan Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197-6294 | Pinnacle Ag<br>P.O. Box 40<br>Rio Hondo, TX 78583 |
| Rabo Agri Finance<br>1402 Technology Drive<br>Cedar Falls, IA 50613 | Randal P. Crane<br>Law Office of Randall P. Crance<br>201 S. Sam Houston Blvd.<br>San Benito, TX 78586 | State Comptroller of Public Accts<br>Revenue Accounting Division -<br>Bankruptcy<br>P.O. Box 13528<br>Austin, TX 78711 |
| Texas Attorney General's Office<br>Bankruptcy-Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 | U.S. Attorney's Office<br>Southern District of Texas<br>1000 Louisiana, Ste. 2300<br>Houston, TX 77002 | USDA Farm Service Agency<br>2405 Texas Ave. South<br>College Station, TX 77840 |
| Jennifer Haluptozok Erickson<br>Devlin Naylor & Turbyfill, PLLC<br>5120 Woodway Drive., Ste 9000<br>Houston, TX 77056-1725 | Diane Sanders<br>Linebarger Goggan Blair & Sampson<br>P.O. Box 17428<br>Austin, TX 78760-6675 | Patrick Autry<br>Branscomb PLLC<br>Lockhill Crossing, Suite 206<br>4630 North Loop 1604 East<br>San Antonio, TX 78249 |
| Donald Turbyfill<br>Devlin Naylor & Turbyfill, PLLC<br>5120 Woodway Drive., Ste 9000<br>Houston, TX 77056-1725 | Daniel Ferretti<br>Baker Donelson Bearman Caldwell &<br>Berkowitz PC<br>1301 McKinney, Suite 3700<br>Houston, TX 77010 | R. Spencer Clift, III<br>Baker Donelson Bearman Caldwell &<br>Berkowitz PC<br>165 Madison Ave., Suite 2000<br>Memphis, TN 38103 |

| | | |
|---|---|---|
| Campbell Patton<br>2414 Sendero Drive<br>Mission, TX 78573 | Campbell Patton IRA<br>Plains Capital Bank - Custodian<br>7201 North 10th St., Suite 201<br>McAllen, TX 78504 | Clapp Trust<br>Becky Clapp-Wetsel & Macie Clapp<br>Cushman & Wakefield - JPMC Account<br>575 Maryville Centre Dr., Suite 555<br>Saint Louis, MO 63141 |
| Col. Karl M. Goetzke<br>CMR 489 Box 1442<br>APO, AE 09751 | Gilbert Castro<br>P.O. Box 1045<br>Rio Hondo, TX 78583 | Kenneth Goetzke Jr.<br>103 Nanti Coke Turn<br>Yorktown, VA 23693 |
| Port of Harlingen Authority<br>24633 E. Port R.<br>Harlingen, TX 78550 | Terri Goetzke<br>13133 Penndale Lane<br>Fairfax, VA 22033 | Windham Professionals<br>382 Main Street<br>Salem, NH  03079-2412 |
| Mike Smiley<br>Underwood Law Firm<br>500 S. Taylor, Suite 1200 LB 233<br>Amarillo, TX 79101 | Andy Aycock<br>Field Manning Stone Hawthorne<br>& Aycock, PC<br>2112 Indiana Ave.<br>Lubbock, TX 79410 | Joshua Frost<br>Field Manning Stone Hawthorne<br>& Aycock, PC<br>2112 Indiana Ave.<br>Lubbock, TX 79410 |
| Christopher K. Baxter<br>Marinocsi Law Group PC<br>Attn: Bankr Dept. / Wellingston Ctr<br>14643 Dallas Parkway, Suite 750<br>Dallas, TX 75254 | Frederic J. DiSpigna<br>Marinosci Law Group, P.C.<br>Attn: Bankruptcy Dept.<br>100 West Cypress Creek Rd., #1045<br>Fort Lauderdale, FL  33309 | |