United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 09, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| MARK L. ABBOTT, and wife, | § | Case No. 20-10066-12 |
| MOLLY SUSAN ABBOTT | § | |
| | § | |
| Debtors. | § | |

## FINAL DECREE

The Court, having been advised that the Debtors have substantially completed the Plan and that all payments to the Trustee have been paid, and have otherwise complied with the terms of its confirmed Plan of Reorganization, and further finding that this case is ready for final decree and that the final decree should be entered closing this case; it is therefore

ORDERED that the final decree is entered in this case, any trustee appointed in this case is discharged, the bond is canceled, and the case is closed.

Signed: June 09, 2023

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge

**APPROVED AS TO FORM AND SUBSTANCE**:
MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806)765-7491
Facsimile: (806) 765-0553
Email: drl@mhba.com

By /s/ David R. Langston_____
   David R. Langston, SBN: 11923800
   Southern District Bar No. 9489
**Attorneys for Debtors, Mark L. & Molly Susan Abbott**